**Motion Granted; Order filed April 1, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔞𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-14-00169-CV
_____

**KYLE TAUCH, TRANQUILITY APARTMENTS GENERAL
CORPORATION AND TRANQUILITY APARTMENTS LTD.,**
Appellants/Cross-Appellees

**V.**

**JOEL R. SCOTT, Appellee/Cross-Appellant**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-21305**

## ORDER

On February 24, 2014, Kyle Tauch, Tranquility Apartments General Corporation, and Tranquility Apartments Ltd. (jointly referred to as the Tauch parties) filed a notice of appeal from the trial court's final judgment signed November 25, 2013. On March 10, 2014, Joel R. Scott also filed a notice of appeal.

On March 24, 2014, the Tauch parties filed an agreed motion for an order

directing that the deposit for the preparation of the reporter's record be evenly divided. We **GRANT** the motion and issue the following order:

We **ORDER** the Tauch parties and Joel R. Scott to each pay one-half of the required deposit for preparation of the reporter's record in this appeal, or $1,850 per side, to the official court reporter for the 80th District Court, Michelle Tucker. The parties also shall be equally responsible for payment of any remaining balance to the official court reporter. The assessment of costs in this court's judgment shall remain subject to Texas Rule of Appellate Procedure 43.4.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.